CO-386-online
10/03

# United States District Court
# For the District of Columbia

CTIA - The Wireless Assoc., formerly CELLULAR )
TELECOMMUNICATIONS & INTERNET )
ASSOCIATION )
)
)
               Plaintiff )
vs )    Civil Action No._____
)
HARTFORD CASUALTY INSURANCE )
COMPANY and TWIN CITY FIRE )
INSURANCE COMPANY )
)
               Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __CTIA - The Wireless Assocation__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have

any outstanding securities in the hands of the public:

    Pursuant to Local Rule 26.1, CTIA - The Wireless Assocation is a non-profit organization and is
    not a publicly traded corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_     May 18, 2006
Signature

376098
BAR IDENTIFICATION NO.

Sanford M. Saunders
Print Name

800 Connecticut Ave, NW, Suite 500
Address

Washington   DC        20006
City             State         Zip Code

(202) 331-3100
Phone Number