## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CTIA – THE WIRELESS ASSOCIATION,**<br>**formerly CELLULAR TELECOMMUNICATIONS**<br>**& INTERNET ASSOCIATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**HARTFORD CASUALTY INSURANCE CO., et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 1:06-cv-00936**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Ross E. Eisenberg of

GREENBERG TRAURIG, LLP as counsel for plaintiff CTIA – The Wireless Association,

formerly Cellular Telecommunications & Internet Association in the above-captioned action.

Dated: June 12, 2006                    Respectfully submitted,

By: _____/s/ Ross E. Eisenberg_____
    ROSS E. EISENBERG (DC Bar #489045)
    SANFORD M. SAUNDERS. (D.C. Bar No. 376098)
    GREENBERG TRAURIG, LLP
    800 Connecticut Avenue, N.W., Suite 500
    Washington, D.C. 20006
    Telephone: (202) 331-3100
    Facsimile: (202) 331-3101
    eisenbergr@gtlaw.com

    ATTORNEYS FOR PLAINTIFF,
        CTIA – THE WIRELESS ASSOCIATION

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 12, 2006, a copy of the foregoing Notice of Appearance was served via first-class, postage prepaid U.S. Mail upon:

Lee H. Ogburn, Esq.
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201

Counsel for Defendants

                /s/ Ross E. Eisenberg
              ROSS E. EISENBERG