IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION, formerly, CELLULAR TELECOMMUNICATIONS & INTERNET ASSOCIATION,<br><br>     Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, *et al.*,<br><br>     Defendants. | *<br>*<br>*<br>*<br>*  Case No.: 1:06CV00936<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendants shall have up to and including June 29, 2006, to file an Answer, Counterclaim, or other responsive pleading to the Complaint.

| | |
|---|---|
| /s/ Sanford M. Saunders<br>Sanford M. Saunders<br>D.C. Bar No. 376098<br>Ross E. Eisenberg<br>D.C. Bar No. 489045<br>GREENBERG TRAURIG, LLP<br>800 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20006<br>Phone: 202-331-3100<br>Fax: 202-331-3101<br><br>*Attorneys for Plaintiff CTIA - The Wireless Association* | /s/ Lee H. Ogburn<br>Lee H. Ogburn<br>Bar Identification: MD00118<br>KRAMON & GRAHAM, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202<br>Phone: 410-752-6030<br>Fax: 410-539-1269<br><br>*Attorneys for Defendants<br>The Hartford Casualty Insurance Co.<br>and Twin City Fire Insurance Co.* |

AGREED and so ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2006, a copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was mailed by first class mail, postage prepaid to:

> Sanford M. Saunders, Esquire
> Mark E. Miller, Esquire
> Greenberg Traurig, LLP
> 800 Connecticut Avenue. N.W.
> Suite 500
> Washington, D.C. 20006
>
> *Attorneys for Plaintiff CTIA - The Wireless Association*

and

                                         /s/ Lee H.Ogburn
Lee H. Ogburn
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202

*Attorney for Defendants*
*The Hartford Casualty Insurance Company*

*Twin City Fire Insurance Company*