IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CTIA - THE WIRELESS ASSOCIATION, formerly, CELLULAR TELECOMMUNICATIONS AND INTERNET ASSOCIATION, | * * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00936 |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | * * | |
| Defendants. | * | |
| * * * * * * * * * * * * * | | |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendants shall have up to and including July 13, 2006, to file an Answer, Counterclaim, or other responsive pleading to the Complaint. The issues in the Complaint are raised in *Fireman's Fund Insurance Co. v. Cellular Telecommunications and Internet Association, et al.*, Case No. 1:06CV00854, in which responsive pleadings are pending. When such responses are filed, the parties to the instant action anticipate that it will be dismissed in the interests of judicial economy.

06211/3/00180539.WPDv1

| | |
|---|---|
| _/s/ Sanford M. Saunders_____ | _____/s/ Lee H. Ogburn_____ |
| Sanford M. Saunders | Lee H. Ogburn |
| D.C. Bar No. 376098 | Bar Identification:  MD00118 |
| Mark E. Miller | KRAMON & GRAHAM, P.A. |
| D.C. Bar No. 445743 | One South Street, Suite 2600 |
| GREENBERG TRAURIG, LLP | Baltimore, Maryland 21202 |
| 800 Connecticut Avenue, N.W. | Phone:  410-752-6030 |
| Suite 500 | Fax:  410-539-1269 |
| Washington, D.C. 20006 | |
| Phone:  202-331-3100 | *Attorneys for Defendants* |
| Fax:  202-331-3101 | *Hartford Casualty Insurance Co.* |
| | *and Twin City Fire Insurance Co.* |
| *Attorneys for Plaintiff CTIA - The Wireless Association* | |

AGREED and so ORDERED, this _____ day of _____, 2006.


_____
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2006, a copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was mailed by first class mail, postage prepaid to:

>Sanford M. Saunders, Esquire
>Mark E. Miller, Esquire
>Ross E. Eisenberg, Esquire
>Greenberg Traurig, LLP
>800 Connecticut Avenue. N.W.
>Suite 500
>Washington, D.C. 20006
>
>*Attorneys for Plaintiff CTIA - The Wireless Association*

>___/s/ Lee H. Ogburn_____
>Lee H. Ogburn