IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION, formerly, CELLULAR TELECOMMUNICATIONS & INTERNET ASSOCIATION, | * * |
| Plaintiff, | * |
| v. | *   Case No.: 1:06CV00936 |
| HARTFORD CASUALTY INSURANCE COMPANY, et al., | * * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendants shall have up to and including August 14, 2006, to file an Answer, Counterclaim, or other responsive pleading to the Complaint. This extension is necessitated by the extension of time to respond to pleadings in the related case, *Fireman's Fund Ins. Co. v. Cellular Telecommunications and Internet Ass'n, et al.*, No. 1:06-CV-00854.

| | |
|---|---|
| /s/ Sanford M. Saunders | /s/ Lee H. Ogburn |
| Sanford M. Saunders, Jr. | Lee H. Ogburn |
| D.C. Bar No. 376098 | Bar Identification: MD00118 |
| Ross E. Eisenberg | KRAMON & GRAHAM, P.A. |
| D.C. Bar No. 489045 | One South Street, Suite 2600 |
| GREENBERG TRAURIG, LLP | Baltimore, Maryland 21202 |
| 800 Connecticut Avenue, N.W. | Phone: 410-752-6030 |
| Suite 500 | Fax: 410-539-1269 |
| Washington, D.C. 20006 | |
| Phone: 202-331-3100 | *Attorneys for Defendants* |
| Fax: 202-331-3101 | *The Hartford Casualty Insurance Co. and Twin City Fire Insurance Co.* |
| *Attorneys for Plaintiff CTIA - The Wireless Association* | |

AGREED and so ORDERED, this _____ day of _____, 2006.

_____
United States District Judge