IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CTIA - THE WIRELESS ASSOCIATION, formerly CELLULAR TELEPHONE & INTERNET ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:06CV00936 |

## NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiff CTIA – The Wireless Association hereby gives notice of voluntary dismissal of this action without prejudice as to Defendants Hartford Casualty Insurance Company and Twin City Fire Insurance Company.

Dated: August 11, 2006                Respectfully Submitted,

                          /s/ Ross E. Eisenberg
                          Sanford M. Saunders (D.C. Bar No. 376098)
                          Ross E. Eisenberg (D.C. Bar No. 489045)
                          GREENBERG TRAURIG LLP
                          800 Connecticut Ave., N.W.
                          Suite 500
                          Washington, DC 20006
                          (202) 331-3100 (phone)
                          (202) 331-3101 (fax)

                          *Attorneys for Plaintiff,*
                          *CTIA – The Wireless Association*